```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08545
   KEVIN D SYKES
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6184


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 05/10/2007 and was not confirmed.

   The case was dismissed without confirmation 07/26/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------
DEBRA MOODY                NOTICE ONLY    NOT FILED            .00             .00
CAREYS CAR & CREDIT CENT   UNSECURED      NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00             .00
CREDITORS ALLIANCE INC     UNSECURED      NOT FILED            .00             .00
DEPENDON COLLECTIONS SER   UNSECURED      NOT FILED            .00             .00
SUBURBAN EMERGENCY         UNSECURED      NOT FILED            .00             .00
ADVOCATE SOUTH SUBURBAN    UNSECURED      NOT FILED            .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         240.04            .00             .00
NCO COLLECTION AGENCY      UNSECURED      NOT FILED            .00             .00
VILLAGE OF MIDLOTHIAN      UNSECURED      NOT FILED            .00             .00
VILLAGE OF MIDLOTHIAN      UNSECURED      NOT FILED            .00             .00
VILLAGE OF MIDLOTHIAN      UNSECURED      NOT FILED            .00             .00
CITY OF CHICAGO HEIGHTS    UNSECURED      NOT FILED            .00             .00
VILLAGE OF MIDLOTHIAN      UNSECURED        3191.34            .00             .00
VILLAGE OF MIDLOTHIAN      UNSECURED      NOT FILED            .00             .00
TRUST REC SV               UNSECURED      NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                          --------------     --------------
TOTALS                         .00                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08545 KEVIN D SYKES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 08545 KEVIN D SYKES